# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                            Chapter 13

                                            Bankruptcy No. 14-16171-ELF

RONALD G. MCCOMAS

47 NEW SCHOOL LANE

LEVITTOWN, PA 19054

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RONALD G. MCCOMAS

    47 NEW SCHOOL LANE

    LEVITTOWN, PA 19054

Counsel for debtor(s), by electronic notice only.

    DIANA M DIXON ESQUIRE
    107 N BROAD ST
    SUITE 307
    DOYLESTOWN, PA 18901

                                            /S/ William C. Miller

Date: 6/5/2018                              _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee