RECEIVED  12/13/2017  03:45AM
https://connect.secure.wellsfargo.com/accounts/...

Skip to main content

## Check Details

| | |
|---|---|
| **Check Number** | 1074 |
| **Date Posted** | 08/21/18 |
| **Check Amount** | $985.00 |



RONALD G McCOMAS
47 NEW SCHOOL LN
LEVITTOWN, PA 19054-3405

1074

Aug-16 2018

PAY to the order of   PHFA    $985.00

Nine Hundred - eighty-five and 00/100   Dollars

Wells Fargo Bank, N.A.
Pennsylvania
wellsfargo.com

For  H ███299

For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

| PAYMENT NO. | ACCOUNT NUMBER | DUE ON OR BEFORE | "ON TIME" PAYMENT |
|---|---|---|---|
| | ████0299 | SEP 01 18 | 985.00 |
| | | IF RECEIVED AFTER | "LATE" PAYMENT |
| | | | |

RONALD MCCOMAS
ROBYN MCCOMAS

PLEASE ENTER AMOUNT PAID

$

PENNSYLVANIA HOUSING FINANCE AGENCY
LOAN SERVICING DIVISION – S.P.
PO BOX 15057
HARRISBURG PA 17105-5057