# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-16171-ELF

RONALD G. MCCOMAS

47 NEW SCHOOL LANE

LEVITTOWN, PA 19054

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RONALD G. MCCOMAS

47 NEW SCHOOL LANE

LEVITTOWN, PA 19054

Counsel for debtor(s), by electronic notice only.

DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

Date: 5/3/2019

                      /S/ William C. Miller
                      _____
                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee