# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE   RONALD G. MCCOMAS                                : CHAPTER 13
                                                         :
                                                         :
                                                         : BANKRUPTCY NO 14-16171 ELF

Debtor (s)

### PRA E C I P E

Kindly withdraw TRUSTEE'S NOTICE OF FINAL CURE #68

                                                Respectfully submitted,

Date: July 23, 2019                             /s/William C. Miller, Esquire

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee
                                                P.O. Box 1229
                                                Philadelphia, PA  19105-229