Certificate Number: 15317-PAE-DE-033190053

Bankruptcy Case Number: 14-16171



15317-PAE-DE-033190053

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 31, 2019</u>, at <u>11:21</u> o'clock <u>PM PDT</u>, <u>Ronald G Mccomas</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>July 31, 2019</u>

By:  <u>/s/Eric Reyes</u>

Name:  <u>Eric Reyes</u>

Title:  <u>Certified Counselor</u>