United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-16171-elf
Ronald G. McComas                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Aug 16, 2019
                        Form ID: 138NEW          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.
```
db             +Ronald G. McComas,    47 New School Lane,    Levittown, PA 19054-3405
cr              Wells Fargo Bank, N.A., Default Document Processin,   N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13377292       +Diana M. Dixon, Esq.,    107 N. Broad Street,   Suite 307,    Doylestown, PA 18901-3755
13359575       +KML Law Group, P.C.,    BNY Mellon Independ. Ctr.,   701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
13359576       +Lower Bucks Hospital,    501 Bath Road,    Bristol, PA 19007-3190
13359577       +Lower Bucks Radiology,    501 Bath Road,    Bristol, PA 19007-3190
13359579       +Rickart Collection Systems,    PO Box 7242,   North Brunswick, NJ 08902-7242
13359582       +Wells Fargo Bank,    PO BOX 10335,    Des Moines, IA 50306-0335
13359581        Wells Fargo Bank,    PO Box 100335,    Salem, NH  0306
13359583        Wells Fargo Bank,    Central Bankruptcy Department,    VA 7359,   Roanoke, VA  24037
13408357        Wells Fargo Bank, N.A.,    Home Equity Group,   1 Home Campus  X2303-01A,
                 Des Moines, IA 50328-0001
14371894        Wells Fargo Bank, NA,    c/o Karina Velter, Esq.,   P.O. Box 165028,    Columbus, OH 43216-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 17 2019 02:50:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2019 02:49:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2019 02:50:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13359578        E-mail/Text: blegal@phfa.org Aug 17 2019 02:49:49     PA Housing Finance Agency,    PO box 15057,
                 Harrisburg, PA  17105-5057
13459857       +E-mail/Text: blegal@phfa.org Aug 17 2019 02:49:49
                 US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY,    Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13359580*      +Ronald G. McComas,   47 New School Lane,    Levittown, PA 19054-3405
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
```
              DIANA M. DIXON    on behalf of Debtor Ronald G. McComas dianamdixonesq@gmail.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US Bank National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    US Bank National Association lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              ROBERT J. DAVIDOW    on behalf of Creditor    WELLS FARGO BANK, N.A.
               robert.davidow@phelanhallinan.com
```

```
District/off: 0313-2          User: YvetteWD             Page 2 of 2              Date Rcvd: Aug 16, 2019
                              Form ID: 138NEW            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         THOMAS I. PULEO   on behalf of Creditor   US Bank National Association tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ronald G. McComas
      Debtor(s)                                  Bankruptcy No: 14–16171–elf
                                                       Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                     900 Market Street
                        Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                         For The Court
                                                                               Timothy B. McGrath
                                                                                 Clerk of Court

Dated: 8/16/19

                                                                                                                     75 – 74
                                                                                                                Form 138_new